UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIENA HEALTHCARE MANAGEMENT, INC. et al.,

Plaintiffs,

Case No. 24-cv-12362

v.

HON. MARK A. GOLDSMITH

GROUP RESOURCES INCORPORATED et al.,

Defendants.
_________________________/

**ORDER DENYING THE OBERMEYER DEFENDANTS' MOTION TO DISMISS (Dkt. 29)**

Defendants David A. Obermeyer and Obermeyer Wealth Management, LLC filed a motion to dismiss (Dkt. 29) Plaintiff Ciena Healthcare Management, Inc.'s complaint (Dkt. 1). As Plaintiff has since filed an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a) (Dkt. 40), the Obermeyer Defendants' motion to dismiss is denied without prejudice.

SO ORDERED.

Dated: November 8, 2024
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge