UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CIENA HEALTHCARE MANAGEMENT, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:24-cv-12362 -MAG-DRG |
| v. | ) ) Judge Mark A. Goldsmith |
| GROUP RESOURCES INCORPORATED, *et al.*, | ) Magistrate Judge David R. Grand ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Plaintiffs, Ciena Healthcare Management, Inc. ("Ciena") and the Ciena Healthcare Management Inc. Health and Welfare Plan ("Plan") (collectively, "Plaintiffs"), having moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2) and applicable law against Defendants GR Holdings, LLC, Group Resources of Texas, LLC, and Group Resources of Jamaica, LLC (collectively, the "Defaulted Defendants"), the Clerk having entered Defaults against the Defaulted Defendants on October 16, 2024 for their failure to appear or otherwise defend (ECF Nos. 37, 38, and 39), no opposition having been filed, and the Court being otherwise sufficiently advised,  NOW THEREFORE,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion for Entry of Default Judgment (ECF No. 58) is GRANTED, and a Default Judgment is

hereby entered pursuant to Fed. R. Civ. P. 55(b)(2) and applicable law against the Defaulted Defendants, GR Holdings, LLC, Group Resources of Texas, LLC, and Group Resources of Jamaica, LLC, jointly and severally, as follows:

1. IT IS HEREBY ORDERED AND ADJUDGED that monetary damages are awarded to Plaintiffs and against the Defaulted Defendants, GR Holdings, LLC, Group Resources of Texas, LLC, and Group Resources of Jamaica, LLC, jointly and severally, in the amount of $26,800,000;

2. Post-judgment interest as set forth in 28 U.S.C § 1961 shall accrue from the time of entry of judgment until the judgment is satisfied in full;

3. Plaintiffs are entitled to an award of reasonable attorney fees and costs of action in the Court's discretion, pursuant to 29 U.S.C. § 1132(g)(1) and applicable law, as to these Defaulted Defendants, in the amount of $30,000, which the Court deems to be a reasonable amount of attorney fees and costs of action in light of the filings in this matter and Plaintiffs' success against the Defaulted Defendants, resulting in a total Default Judgment against the Defaulted Defendants, GR Holdings, LLC, Group Resources of Texas, LLC, and Group Resources of Jamaica, LLC, jointly and severally, in the amount of $26,830,000.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that injunctive relief is granted in favor of Plaintiffs pursuant to Fed. R. Civ. P. Rules 54, 55, and

65, and a permanent injunction is hereby entered as follows: Defaulted Defendants GR Holdings, LLC, Group Resources of Texas, LLC, and Group Resources of Jamaica, LLC, including, but not limited to all officers, members, employees, and agents, and anyone acting in concert or participation with them, are hereby:

- Permanently enjoined from, directly or indirectly, withdrawing, using, moving, transferring or receiving any funds that were ever contained in the FBO Ciena Account maintained at either Iberia Bank or First Horizon Bank, and any other accounts that received transfers from the FBO Ciena Account (as defined in Paragraph 34 of Plaintiffs' First Amended Complaint (ECF No. 40; PageID.462); and

- Ordered to return to Plaintiffs any and all funds that were received from or that originated from the FBO Ciena Account or otherwise originated from Plan assets.

SO ORDERED.

Dated: December 16, 2024　　　　　　　　s/Mark A. Goldsmith
　　Detroit, MI　　　　　　　　　　　　　HON. MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge