UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIENA HEALTHCARE MANAGEMENT, INC. et al.,

Plaintiffs,

Case No. 24-cv-12362

v.

HON. MARK A. GOLDSMITH

GROUP RESOURCES INCORPORATED et al.,

Defendants.
_________________________/

**ORDER REGARDING PENDING MOTIONS (Dkts. 14, 42, 48)**

Plaintiffs Ciena Healthcare Management, Inc. and Ciena Healthcare Management, Inc. Health and Welfare plan have filed an emergency motion to compel (Dkt. 14). Defendants William Willoughby, David A. Obermeyer, Obermeyer Health Management, LLC, and Southern Oak Design & Build LLC have filed motions to dismiss Plaintiffs' first amended complaint (Dkts. 42, 48). With respect to each pending motion, each side must submit a proposed opinion and order reaching the result for which that side argues. Each side's proposed opinion and order must address all of the issues and arguments raised by all parties in the briefing on these motions. The proposed opinions must not exceed 15 pages and must be submitted through the utilities function (not filed on the docket) no later than January 21, 2025.

SO ORDERED.

Dated: January 10, 2025
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge