UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL GLADE, TRUSTEE OF THE PRIVATE ACTIONS TRUST, | |
| Plaintiff, | Case No. 2:24-cv-12362 -MAG-DRG |
| v. | Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |
| GROUP RESOURCES INCORPORATED, *et al*., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and applicable law, Plaintiff Marshall Glade, Trustee of the Private Actions Trust ("Plaintiff"), hereby voluntarily dismisses with prejudice all claims asserted against Defendants Group Resources Acquisitions, LLC, Group Resources Incorporated, Group Resources of Iowa, LLC, and Employee Benefits Concepts, Inc. (the "Debtor Defendants") only.

None of the Debtor Defendants has served an answer or a motion for summary judgment. Accordingly, this Notice is effective upon filing. Each party applicable to this Notice shall bear its own costs and fees, as applicable.

Dated: April 8, 2026

s/ Paul A. Wilhelm
Paul A. Wilhelm (P69163)
Barnes & Thornburg LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503
Tel: (616) 742-3908
Fax: (616) 742-3999
Email: pwilhelm@btlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/ Paul A. Wilhelm
Paul A. Wilhelm (P69163)