UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL GLADE, TRUSTEE OF THE PRIVATE ACTIONS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GROUP RESOURCES INCORPORATED, *et al*.,<br><br>Defendants. | Case No. 2:24-cv-12362 -MAG-DRG<br><br>Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |

**STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

This matter has come before the Court on the First Amended Complaint (ECF No. 40), the Temporary Restraining Order (ECF No. 6), the Preliminary Injunction (ECF No. 12), and Defendant Andrew Willoughby's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and Cross-Claim Against Defendant David Obermeyer (ECF No. 92), and upon stipulation of the parties hereto, all choosing to freely resolve this matter as to Defendants David A. Obermeyer ("Obermeyer"), William Andrew Willoughby ("Willoughby"), GR Holdings, L.L.C. ("GRH"), and Group Resources of Texas, L.L.C. ("GR TX", together with Obermeyer, Willoughby, and GRH, the "Defendants"), along the lines set forth herein after consultation with counsel of their own choice:

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Obermeyer, Willoughby, GRH, and GR TX, including, but not limited to, all officers, members, employees, and agents, and anyone acting in concert or participation with them are hereby permanently enjoined from, directly or indirectly, withdrawing, using, moving, transferring or receiving any funds that were ever contained in the FBO Ciena Account maintained at either Iberia Bank or First Horizon Bank, and any other accounts that received transfers from the FBO Ciena Account (as defined in Paragraph 34 of Plaintiffs' First Amended Complaint (ECF No. 40; Page ID. 462)).

2. This Court shall retain jurisdiction to enforce the terms of this Stipulated Permanent Injunction for TWO YEARS from today to consider allegations of breach.

3. The First Amended Complaint is hereby DISMISSED WITH PREJUDICE AS TO OBERMEYER, WILLOUGHBY, GRH, AND GR TX PURSUANT TO AND CONSISTENT WITH the terms of this Stipulated Permanent Injunction, and without costs or attorney fees to any party, SUBJECT TO RE-OPENING for purposes of enforcing the Stipulated Permanent Injunction in the event of any breach or violation of the Stipulated Permanent Injunction.

4. Willoughby's Cross-Claim is hereby DISMISSED WITH PREJUDICE.

5. The terms of the Stipulated Permanent Injunction survive the dismissal of the case.

**IT IS SO ORDERED**.

Dated: April 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**SO STIPULATED:**

s/ Paul A. Wilhelm
Paul A. Wilhelm (P69163)
Barnes & Thornburg LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503
Tel: (616) 742-3908
Fax: (616) 742-3999
Email: pwilhelm@btlaw.com

*Counsel for Plaintiff*

s/ J. David Garcia (*with consent*)
J. David Garcia (P60194)
Jaye C. Quadrozzi (P71646)
Jeffrey T. Hewlett (P84861)
Varnum LLP
480 Pierce St., Suite 300
Birmingham, MI 48009
(248) 567-7800
jdgarcia@varnumlaw.com
jcquadrozzi@varnumlaw.com
jthewlett@varnumlaw.com

*Counsel for Defendant David A. Obermeyer*

s/ Stefanie R. Reagan (*with consent*)
Patrick F. Hickey (P36648)
Stefanie R. Reagan (P80334)
Hickey Hauck Bishoff Jeffers & Seabolt PLLC
706 S. Main Street
Plymouth, MI 48170
(313) 964-8600
phickey@hhbjlaw.com
sreagan@hhbjlaw.com

Eric J. Nathan
Renee A. Morgan

s/ Benjamin Alexander Demsky (*with consent*)
William S. Cook (P68934)
Benjamin Alexander Demsky (P81055)
Wilson Elser Moskowitz Edelman & Dicker, LLP
17197 N. Laurel Park Drive, Ste 201
Livonia, Michigan 48152
(313) 327-3100
William.cook@wilsonelser.com
Ben.Demsky@wilsonelser.com

Weener Nathan Phillips, LLP
5887 Glenridge Drive, Suite 275
Atlanta, GA 30328
(770) 392-9004
nathan@wnpllp.com
rmorgan@wnpllp.com

*Counsel for Defendant William Andrew Willoughby*

*Counsel for Defendants GR Holdings, LLC & Group Resources of Texas, LLC*

Dated: April 8, 2026