UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARSHALL GLADE, TRUSTEE OF THE PRIVATE ACTIONS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GROUP RESOURCES INCORPORATED, *et al*.,<br><br>Defendants. | Case No. 24-cv-12362<br><br>Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |

**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS (Dkt. 102)**

Before the Court is Plaintiff Marshall Glade's Notice of Voluntary Dismissal as to Group Resources Acquisitions, LLC, Group Resources Incorporated, Group Resources of Iowa, LLC, and Employee Benefits Concepts, Inc. (Debtor Defendants). (Dkt. 102).

Because none of the Debtor Defendants served an answer or a motion for summary judgment, this case is dismissed with prejudice as to these Defendants. The case is now closed. The parties' Joint Motion to Extend Two Dates in Scheduling Order (Dkt. 101) is denied as moot.

**SO ORDERED.**

Dated: April 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager